**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| JAMES ANDREWS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LOCKHEED MARTIN ENERGY SYSTEMS, INC., )<br>and BWXT Y-12, L.L.C., )<br>    Defendant. ) | No. 3:06-CV-42<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants Lockheed Martin Energy Systems, Inc. and BWXT Y-12, L.L.C. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

      **IT IS ORDERED AND ADJUDGED** that the plaintiff James Andrews take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants Lockheed Martin Energy Systems, Inc. and BWXT Y-12, L.L.C. recover of the plaintiff James Andrews their costs of action.

      The final pretrial conference scheduled for November 20, 2006 and the trial scheduled for November 29, 2006 are **CANCELLED.**

      Dated at Knoxville, Tennessee, this _____ day of September, 2006.

                                                                               s/ Patricia L. McNutt
                                                                                Clerk of Court